IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2420-(RPM)-(BNB)

WASHINGTON GROUP INTERNATIONAL, INC., an Ohio corporation,

    Plaintiff and Counterclaim Defendant,

v.

WESTMORELAND RESOURCES, INC., a Delaware corporation,

    Defendant and Counterclaimant.

## ORDER

The Court has reviewed the Joint Status Report to the Court. Being fully advised, the Court hereby grants the parties' request for a stay of this matter for an additional fourteen (14) days to and including July 11, 2005, on which date the parties will submit either another status report or the appropriate documents for dismissal.

Dated: June 29th, 2005

                BY THE COURT

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                District Judge