IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2420-(RPM)-(BNB)

WASHINGTON GROUP INTERNATIONAL, INC., an Ohio corporation,

      Plaintiff and Counterclaim Defendant,

v.

WESTMORELAND RESOURCES, INC., a Delaware corporation,

      Defendant and Counterclaimant.

## ORDER

      The Court has reviewed the Joint Status Report and Motion for a Stay.  Being fully advised, the Court hereby grants the parties' request for a stay of this matter to and including November 14, 2005, on which date the parties will submit either another status report or the appropriate documents for dismissal.

      DATED this 12th day of July, 2005.

                      BY THE COURT

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch
                      District Judge