IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2420-(RPM)-(BNB)

WASHINGTON GROUP INTERNATIONAL, INC., an Ohio corporation,

    Plaintiff and Counterclaim Defendant,

v.

WESTMORELAND RESOURCES, INC., a Delaware corporation,

    Defendant and Counterclaimant.

---

**ORDER**

---

    The Court has reviewed the Joint Status Report and Motion for Additional 60-Day Stay. Being fully advised, the Court hereby grants the parties' request for a stay of this matter to and including January 13, 2006, on which date the parties will submit either another status report or the appropriate documents for dismissal.

    BY THE COURT

    s/Richard P. Matsch

    _____
    Richard P. Matsch
    District Judge

Dated this 14th day of November, 2005.