IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02420-RPM-BNB

WASHINGTON GROUP INTERNATIONAL, INC., an Ohio corporation,

    Plaintiff and Counterclaim Defendant,

v.

WESTMORELAND RESOURCES, INC., a Delaware corporation,

    Defendant and Counterclaimant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has reviewed the Joint Stipulation to Dismiss Without Prejudice, such stipulation having been signed by counsel for the parties. Being fully advised, it is hereby ORDERED that this case shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 10th, 2006

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch
District Judge

.